STATE OF NEW JERSEY v. LUKE ROBINSON.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MATKINS.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. TYSON SEXTON.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWIN PATILLO.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY KURCHNER.

June 13, 1989.

Petition for certification denied.